```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | |
| v. | **I N F O R M A T I O N** |
| MARIO HERNANDO VALBUENA, | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Certain Aliens and Aiding and Abetting (Felony) |
| Defendant. | |

The Acting United States Attorney charges:

### Counts 1-2

On or about July 11, 2021, within the Southern District of California and elsewhere, defendant, MARIO HERNANDO VALBUENA, knowing and in reckless disregard of the fact that the aliens listed below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens and attempted to transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

| Count | Name |
|---|---|
| 1 | Juan Jose Gomez-Gonzalez |
| 2 | Yesika Jimenez-Lopez |

//
//
//

RSO:kst:San Diego
8/01/21

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

DATED: 8/5/21.

RANDY S. GROSSMAN
Acting United States Attorney

*Ronald Sou*

RONALD SOU
Assistant U.S. Attorney