# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARIO HERNANDO VALBUENA,<br><br>                Defendant. | Case No. 21-cr-02311-GPC<br><br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C.,<br>Sec. 1001- False Statement<br>(Felony) |

The Acting United States Attorney charges:

On or about July 11, 2021, within the Southern District of California, defendant, MARIO HERNANDO VALBUENA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that, defendant did represent and state to a United States Border Patrol Agent that there was no one else in the Defendant's vehicle, whereas in truth and fact, as defendant then and there well knew, that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 9/1/21             .

                                      RANDY S. GROSSMAN
                                      Acting United States Attorney

                                      *Ronald Sou*

                                      RONALD SOU
                                      Assistant U.S. Attorney

*:*:9/1/2021